RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jaime Adalberto Espinosa-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAIME ADALBERTO ESPINOSA-RAMOS,<br><br>    Defendant. | Case No. 2:24-mj-00306-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jaime Adalberto Espinosa-Ramos, that the Preliminary Hearing currently scheduled on April 29, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty one (21) days.

  This Stipulation is entered into for the following reasons:

  1.  Defense counsel again checked the docket in District of Utah, and it appears that Mr. Espinosa-Ramos still has not made his initial appearance in the District of Utah.

Counsel has no way to communicate with Mr. Espinosa-Ramos to obtain his permission to file a waiver of the preliminary hearing.

    2.    A continuance is needed to allow time for counsel to speak with Mr. Espinosa-Ramos and obtain his permission to file a waiver.

    4.    Defendant is incarcerated and does not object to a continuance.

    5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 24th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME ADALBERTO ESPINOSA-RAMOS,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00306-BNW<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 29, 2024 at the hour of 1:00 p.m., be vacated and continued to __5/21/2024__ at the hour of _11_ : _00_ a.m.

　　　DATED this _26_ day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3