RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jaime Adalberto Espinosa-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME ADALBERTO ESPINOSA-RAMOS,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00306-BNW<br><br>**STIPULATION TO VACATE PRELIMINARY HEARING IN THIS DISTRICT** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jaime Adalberto Espinosa-Ramos, that the Preliminary Hearing currently scheduled on June 17, 2024, be vacated. Mr. Espinosa-Ramos reserves the right to have his preliminary hearing in the District of Utah.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Espinosa-Ramos just recently made his initial appearance in Utah. The Minutes of Proceedings indicate that Mr. Espinosa-Ramos reserved his right to request a preliminary hearing in Utah.

2. Undersigned counsel just recently confirmed with local Utah counsel that Mr. Espinosa-Ramos waives his right to a preliminary hearing in the District of Nevada and elects to reserve his right to a preliminary hearing in the District of Utah.

4. Defendant is incarcerated.

5. The parties therefore request that the Court vacate the preliminary hearing in this matter.

DATED this 16th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAIME ADALBERTO ESPINOSA-RAMOS, <br><br> Defendant. | Case No. 2:24-mj-00306-BNW <br><br> **ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 17, 2024 at the hour of 3:00 p.m., be VACATED.

IT IF FURTHER ORDERED that Mr. Espinosa-Ramos reserves his right to a preliminary hearing in the District of Utah.

DATED this __17__ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3